


# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
      Plaintiff
-vs-

CARL MONTY WATTS
      Defendant

CASE NUMBER: CR: 10-3135 Carter

REPORT COMMENCING CRIMINAL ACTION

83965-004
USMS NUMBER

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT               (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 8/9/2010     AM ___ PM ___

(2) LANGUAGE SPOKEN: ENGLISH

(3) OFFENSE (S) CHARGED: CONVICTED Felon in poss of Firearm & Armed Career Criminal

(4) DATE OF BIRTH: 07/02/1976

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    { } INDICTMENT    {✓} COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    { } PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT
    ORINGINATING DISTRICT: ___

(6) REMARKS: ___

(7) DATE: 8/9/2010    (8) ARRESTING OFFICER: JASON GAMBILL

(9) AGENCY: ATF    (10) PHONE: (305) 479-6342